IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HAKEEM MYATT, | : |
| | : |
| Petitioner, | : |
| | : CIVIL ACTION |
| v. | : |
| | : NO. 17-3671 |
| MS. LAMAS, | : |
| | : |
| Respondent. | : |

## ORDER

**AND NOW**, this 25th day of March, 2022, upon consideration of Petitioner Hakeem Myatt's Petition for Writ of Habeas Corpus (Doc. Nos. 1 & 2), the Government's Response (Doc. No. 21), the Report and Recommendation of United States Magistrate Judge Richard A. Lloret (Doc. No. 24), and Petitioner having not filed any objections, it is hereby **ORDERED** that:

1. The Report and Recommendation of Judge Lloret is **APPROVED and ADOPTED**;

2. The Petition for Writ of Habeas Corpus is **DISMISSED WITH PREJUDICE**;

3. There is no basis to issue a certificate of appealability;

4. The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**